*Mr. Wellington D. Rankin,* Attorney General, for Plaintiff.

*Messrs. Galen & Mettler,* for Defendant.

---

No. 4,834.—J. H. STINEHAGEN, RESPONDENT, *v.* THOMAS DUNCANSON, APPELLANT.

*Appeal from District Court, Fergus County.*

Decided April 4, 1921.

PER CURIAM.—The appeal herein is dismissed, on motion of respondent, for the reason that the record on appeal was not filed within time.

*Messrs. Blackford & Huntoon,* for Respondent.